Eastern District of Kentucky
FILED
FEB 12 2020
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.

INFORMATION NO. 6:20-CR-08-REW

KENNETH ANDREW DODD

\* \* \* \* \*

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### 18 U.S.C. §1001(a)(2)

On or about June 13, 2019, in Whitley County, in the Eastern District of Kentucky,

**KENNETH ANDREW DODD**

knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, to wit: that he did not have or operate a Facebook account, in a matter within the jurisdiction of the executive branch of Government of the United States, all in violation of 18 U.S.C. §1001(a)(2).

### COUNT 2
### 18 U.S.C. §2261A(2)(B)

On or about March 30, 2019, and continuing through on or about September 25, 2019, in Whitley County, in the Eastern District of Kentucky, and elsewhere,

**KENNETH ANDREW DODD,**

with the intent to injure, harass, and intimidate a person, to wit: Victim 1, used an electronic communication system and service and a facility of interstate and foreign commerce, specifically a Facebook account utilizing the Facebook Messenger application to access the Internet, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Victim 1, all in violation of 18 U.S.C. §2261A(2)(B).

*[signature]*
**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 & 2:** Not more than 5 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.